■ In the Matter of ELLIOT KURLAND, Petitioner, and OTTO GERDAU Co., Appellant, v NEW WALL STREET CAMERA, INC., Respondent. [745 NYS2d 692]

No opinion. Concur—Tom, J.P., Mazzarelli, Rosenberger, Ellerin and Rubin, JJ.